IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| VAMPIRE FAMILY BRANDS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:20-cv-00330 |
| | § | JUDGE MICHAEL TRUNCALE |
| HEB GROCERY COMPANY, LP, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c). [Dkt. 5]. The Plaintiff seeks a dismissal without prejudice pursuant to Federal Rules of Civil Procedure 41(a) or (c). To the extent that the Plaintiff's dismissal is not yet in effect, the above-styled action is hereby dismissed without prejudice.

It is therefore ORDERED that this case is DISMISSED WITHOUT PREJUDICE, and the parties shall bear their own attorneys' fees and costs. It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 20th day of October, 2020.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge